## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin R. Zolin,<br><br>                  Plaintiff,<br><br>vs.<br><br>Trident Asset Management LLC and<br>Allied Interstate, LLC,<br><br>                  Defendants. | Civil No. 12-1431 (RHK/SER)<br><br>**ORDER FOR DISMISSAL WITHOUT<br>PREJUDICE AS TO DEFENDANT<br>ALLIED INTERSTATE, LLC** |

Pursuant to the Stipulation of Dismissal (Doc. No. 7), **IT IS ORDERED** that the Complaint against Defendant Allied Interstate, LLC **only**, is **DISMISSED WITHOUT PREJUDICE** on its merit, without costs, disbursements or attorney's fees to any party.

Dated:  August 21, 2012

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge