# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Benjamin R. Zolin,

    Plaintiff,

vs.

Trident Asset Management LLC and
Allied Interstate, LLC,

    Defendants.

Civil No. 12-1431 (RHK/SER)

**ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ALLIED INTERSTATE, LLC**

---

Pursuant to the Stipulation of Dismissal (Doc. No. 7), **IT IS ORDERED** that the Complaint against Defendant Allied Interstate, LLC **only**, is **DISMISSED WITHOUT PREJUDICE** on its merit, without costs, disbursements or attorney's fees to any party.

Dated: August 21, 2012

          s/Richard H. Kyle
          RICHARD H. KYLE
          United States District Judge